**Felipe de Jesus HERNANDEZ–PADILLA, Petitioner,**

v.

**Eric H. HOLDER Jr., Attorney General, Respondent.**

**No. 05–75291.**

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Nov. 6, 2009.

Filed April 27, 2010.

Bernadette W. Connolly, Esq. Fax, Law Offices of Bernadette W. Connolly, San Jose, CA, for Petitioner.

Ronald E. Lefevre, Chief Counsel, Office of the District Counsel Department of Homeland Security, San Francisco, CA, Richard M. Evans, Esq., Kristin A. Cabral, Esq., U.S. Department of Justice Civil Div./Office of Immigration Lit., Michael

---

Ferrara, Esq., U.S. Dept of Justice Criminal Div., Public Integrity Section, Washington, D.C., for Respondent.

Before: B. FLETCHER, CANBY, and GRABER, Circuit Judges.

## MEMORANDUM *

Petitioner Felipe de Jesus Hernandez–Padilla petitions for review of the Board of Immigration Appeals' denial of cancellation of removal. Because Petitioner's case is in all relevant ways identical to the petitioner's case in *Nunez–Reyes v. Holder*, 602 F.3d 1102 (9th Cir.2010), and in the petitioner's case in *Rice v. Holder*, 597 F.3d 952 (9th Cir.2010), we grant the petition for review and remand for further proceedings. As in *Nunez–Reyes,* we remand on an open record, and the government is free to raise any arguments not rejected in that opinion.

Petition GRANTED; case REMANDED.

---

* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.